**Flo JUSTICE, Appellant,**

v.

**GUARANTEE RESERVE LIFE INSURANCE CO. OF HAMMOND, INDIANA, Appellee.**

Court of Appeals of Kentucky.

Feb. 8, 1957.

L. C. Farley, Pikeville, for appellant.

Wm. Baird, Baird & Hays, Pikeville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment for the defendant in an action on a group insurance policy to recover $1,000 for the death of a high school teacher and sponsor

of cheer leaders of the school's basketball team.

We concur in the opinion of the trial judge that the death of the insured did not occur on an occasion or under circumstances embraced in the coverage of the policy.

Motion for an appeal is, therefore, overruled and the judgment stands affirmed.